# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CYNTHIA A. PATTERSON, ROBERT C. SWARTZWELDER AND LYNNE A. SWARTZWELDER, | : No. 187 WAL 2016 |
| Respondents | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, AND FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, | : |
| Petitioners | : |
| SHARIEE L. DECOOMAN, | : |
| Respondent | : |
| v. | : |
| LAWYERS TITLE INSURANCE CORPORATION, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of October, 2016, the Application to File a Supplemental Petition is **DENIED**.  The Petition for Allowance of Appeal is **DENIED**.